IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:16-cv-01377-WO-LPA

LIBERTY INSURANCE UNDERWRITERS )
INC., an Illinois Corporation, )
)
        Plaintiff, )
)
vs. )
) **DEFENDANT'S MOTION IN LIMINE**
BEAUFURN, LLC, a North )
Carolina limited liability )
company, )
)
        Defendant. )
_____ )

    COMES NOW Defendant, Beaufurn, LLC, by and through undersigned counsel, and pursuant to the Federal Rules of Evidence, and hereby submit this Motion in Limine to exclude argument, evidence, or testimony on the following topics:

    (1) Previously dismissed claims, including all claims based on contracts or purported breach of contract, pursuant to Rules 402 and 403;

    (2) Contracts, contractual terms and conditions, or contractual agreements of any kind involving Beaufurn, LLC, pursuant to Rules 402 and 403;

    (3) Defendant's liability insurance, pursuant to Rule 411;

1

(4) Other injury or falling incidents at The Cheesecake Factory Restaurants involving, or purportedly involving, chairs supplied by Beaufurn, LLC, pursuant to Rules 402, 403, 404(b), and 802;

(5) Any negligence or liability by Beaufurn, LLC for Janet Kinzler's fall, pursuant to Rule 602.

Defendant further moves the Court in limine to prohibit the introduction of any deposition from the case of *Kinzler vs. The Cheesecake Factory*, No. 2:14-cv-00346 (W.D. Pa.), pursuant to Rule 802 and because such depositions are inadmissible hearsay and Beaufurn, LLC was not a party in that case, did not have an opportunity to conduct cross-examination of the deposed witnesses, and did not have a predecessor in interest with an opportunity to conduct cross-examination of the deposed witnesses.

For the reasons stated more fully in the supporting Memorandum filed contemporaneously herewith and incorporated herein by this reference, Defendants respectfully request that the Court grant this Motion.

This the 12th day of March 2021.

/s/ Adam L. White
N.C. State Bar Number: 24937

```
                              Kenneth Kyre, Jr.
                              N.C. State Bar Number: 7848
                              Deborah J. Bowers
                              N.C. State Bar Number: 46495
                              Attorneys for Defendant
                              Pinto Coates Kyre & Bowers, PLLC
                              3203 Brassfield Road
                              Greensboro, NC 27410
                              Telephone: (336) 282-8848
                              Fax: (336) 282-8409
                              Email: awhite@pckb-law.com
                              Email: kkyre@pckb-law.com
                              Email: dbowers@pckb-law.com
```

3

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing Defendant's Motion in Limine with the Clerk of Court using the ECF system, and notification of such filing (which constitutes service of this document) will be sent electronically by the ECF system to counsel of record in this case who have registered with that system.

This the 12th day of March 2021.

/s/ Adam L. White
N.C. State Bar Number: 46495
Attorney for Defendant
Pinto Coates Kyre & Bowers, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: (336) 282-8848
Fax: (336) 282-8409
Email: awhite@pckb-law.com