IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LIBERTY INSURANCE UNDERWRITERS, )
INC., an Illinois corporation, )
                                )
            Plaintiff,          )
                                )
    v.                          )     1:16CV1377
                                )
BEAUFURN, LLC, a North Carolina )
limited liability company;      )
and DOES 1-10,                  )
                                )
            Defendants.         )

**ORDER**

This matter is before the court on the parties' Joint Motion to Continue Trial Date, (Doc. 107). The trial is presently scheduled for April 5, 2021, and the parties are seeking a continuance of 60 days of the date for trial. Based upon the statements and representations contained in the motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Continue Trial Date, (Doc. 107), and that the trial is continued from the trial calendar beginning April 2021 and rescheduled to the July 2021 Civil Master Calendar.

This the 15th day of March, 2021.

_/s/ William L. Osteen, Jr._
United States District Judge