IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:16-cv-01377-WO-LPA

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC. an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEAUFURN, LLC, a North Carolina limited liability company; THE CINCINNATI INSURANCE CO., an Ohio corporation and DOES 1-10,<br><br>Defendants. | **NOTICE OF SETTLEMENT** |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff LIBERTY INSURANCE UNDERWRITERS INC. and Defendant BEAURFURN, LLC, have reached a settlement of the above-entitled action which resolves the litigation as to all parties. The parties are in the process of preparing settlement documents for execution by the parties. A dismissal will be filed within 60 days. The parties jointly request all pending litigation dates be vacated.

DATED: June 7, 2021

/s/ Dean Pollack
_____
DEAN POLLACK
California State Bar No. 176440
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, CA 94604

1
PLAINTIFF LIBERTY INSURANCE UNDERWRITERS NOTICE OF SETTLEMENT    USDC MIDDLE DISTRICT/NORTH CAROLINA 1:16-CV-

---
1901 Harrison Street, 13th Floor
Oakland, CA 94612
Tel: 510-444-6800
Fax: 510-835-6666
*Attorneys for Plaintiff*
*LIBERTY INSURANCE UNDERWRITERS INC.*

/s/ David Fothergill
_____
DAVID FOTHERGILL
North Carolina State Bar No: 31528
YATES, McLAMB & WEYHER, LLP
434 Fayetteville Street, Suite 2200
Raleigh, NC 27602
Tel: (919) 719-6054
Fax: (919) 835-0910
Attorneys for Plaintiff *LIBERTY INSURANCE UNDERWRITERS INC.*
Email: dfothergill@ymwlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:16-cv-01377-WO-LPA

| | | |
|---|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., an Illinois Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| BEAUFURN, LLC, a North Carolina limited liability company; THE CINCINNATTI INSURANCE CO., an Ohio Corporation and DOES 1-10 | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| _____ | ) | |

I hereby certify that this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Fothergill (dfothergill@ymwlaw.com); Deb Bowers (dbowers@pckb-law.com); Kenneth Kyre, Jr. (kkyre@pckb-law.com); Adam L. White (awhite@pckb-law.com; Paul H. James (pjames@lgclaw.com) and I hereby certify that I have mailed the document to the following non CM/ECF Participants: None.

    Date: June 7, 2021

                                            /s/ Dean Pollack_____
                                            DEAN POLLACK
                                            California State Bar No. 176440
                                            BURNHAM BROWN

A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: dpollack@burnhambrown.com
*Attorneys for Plaintiff LIBERTY INSURANCE UNDERWRITERS INC.*

/s/ David Fothergill
DAVID FOTHERGILL
North Carolina State Bar No: 31528
YATES, McLAMB & WEYHER, LLP
434 Fayetteville Street, Suite 2200
Raleigh, NC 27602
Tel: (919) 719-6054
Fax: (919) 835-0910
Attorneys for Plaintiff *LIBERTY INSURANCE UNDERWRITERS INC*.
Email: dfothergill@ymwlaw.com

4853-1699-2320, v. 1